IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : |
| | : Case No. 5:10-CR-6 (HL) |
| **ANGEL MENDEZ,** | : |
| Defendant. | : |

**ORDER**

Currently before the Court is the Government's Motion for Continuance (Doc. 37). The Government asserts that a continuance is necessary in this case as the Court's ruling on Defendant's motion to suppress has been appealed to the Eleventh Circuit Court of Appeals.

Having considered the matter, this Court finds that the ends of justice served by granting a continuance do, in fact, outweigh the best interests of the public and Defendant to a speedy trial.

It is therefore ordered that the Motion for Continuance be granted and that the trial in this case be scheduled for the next Macon Division trial term. It is further ordered that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(1)(B) and (h)(7)(A) in computing the time from indictment to trial under the Speedy Trial Act.

**SO ORDERED,** this 23rd day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh